ACCEPTED
12-15-00226-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/4/2015 1:19:22 PM
Pam Estes
CLERK

# SMEAD, ANDERSON & DUNN

ATTORNEYS AT LAW

BOB ANDERSON

MICHAEL L. DUNN

2110 Horseshoe Lane
Longview, Texas 75605-5628
Telephone: 903/232.1880
Facsimile: 903/232.1881

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/4/2015 1:19:22 PM
PAM ESTES
Clerk

Writer's Direct Dial
903.232.1885
Writer's E-Mail
banderson@smeadlaw.com

November 4, 2015

Pam Estes
Clerk, Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

Re:    Cause No. 12-15-00226-CV; Richard Thompson, Appellant vs. Blackberry LC, Appellee, In the Court of Appeals, 12th Judicial District of Texas

Dear Clerk:

We have this day electronically filed with the Court in the captioned case the following:

1.    Notice of Appearance by Appellee's attorney; and

2.    Appellee's Objection to Docketing Statement.

Neither Appellee nor its undersigned attorney have been served any of the numerous filings made by Appellant in this case. The Docketing Statement was forwarded to the undersigned by Bradley Echols, the attorney that represents the Receiver appointed in the trial court matter.

Sincerely,

SMEAD, ANDERSON & DUNN

Bob Anderson

BA/ci

Clerk, Pam Estes
November 4, 2015
Page 2

copies to:

Richard Thompson
P.O. Box 463
West Chester, PA 19380

Bradley R. Echols
Boon Calk Echols
Coleman & Goolsby, P.L.L.C.
1800 N.W. Loop 281, Suite 303
P.O. Box 151040
Longview, Texas 75604
via E-mail:  bradley.echols@boonlaw.com

John W. Moore
The Law Office of John W. Moore
P.O. Box 2841
Longview, TX  75606-2841
via E-mail: JWMoore@JohnMooreLaw.com

Ethelwynn Bowen
1128 Sky Hawk Mountain Road
Hiawassee, GA 30546

Tony Roling
P.O. Box 582
White Oak, TX 75693
via E-mail: tonyroling@gmail.com

F:\Documents\Clients\Blackberry v McGeorge heirs 6566.001\Appeal\L Clerk 1.wpd